REC'D JUN 5 2024

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG A. SHENK, Victim/People | :   Case No.: #2021-0889-DI (any/all civil actions) |
| | :   CIVIL |
| | :   Matters were consolidated by the Court. |
| v. | :   Removed from: Court of Common Pleas |
| AMY L. GRIFFITHS, fka AMY L. SHENK | :   Chester County, Pennsylvania |
| Jane & John Does 1-100 | :   **JURY TRIAL DEMANDED** |
| Andrew D. Taylor/Timothy Knowls | : |

## NOTICE OF REMOVAL

*For Plaintiff's Emergency Petition for Exclusive Possession*

Removed from: The Court of Common Pleas et. al. (Chester County, Pennsylvania)

TO: George V. Wylesol, Clerk of the U.S. District Court for the Eastern District of Pennsylvania:

**PLEASE TAKE NOTICE;** "Victim(s)" as Special Servicer and by Special Appearance as one of the "People" ("VICTIM- CRIAIG A. SHENK"), standing on my religious beliefs and freedoms, hereby removes to this Court the court of common pleas action(s) et. al. described herein, pursuant to 1964 Religious Freedoms Acts and Protections thereof, and within the US Constitution, Pennsylvania Constitution protections thereof; copies of this Notice of Removal are being served on all parties at the addresses listed in ("PARTIES" Victims') in the common pleas court complaints and are being filed in the Court of Common Pleas, State of Pennsylvania, Chester County et. al.

1

## INTRODUCTION

1.    The matter concerns Religious Freedoms Violations of law, and discrimination due to Religious Practices. (Herein attached Exhibit "A")

2.    As per Biblical standards I, by Special Appearance; CRAIG A. SHENK, Victim/People have submitted the proper letter of Divorce and Notice without objections. (Herein attached as Exhibit "B")

3.    Violation of Constitutional Rights under freedom of Religion.

4.    Religious Creed Discrimination / Failure to recognize religious divorce of the Civil Rights Act violations.

5.    Vicious legal Retaliation in Violation of the Civil Rights Act of 1964 and Constitutional Rights Violations pertaining to freedom of religion expressions, actions, and prayers.

6.    Denial of Religious duties between a man and a woman.

7.    Violations and discrimination due to religious practices directly related to Biblical principles set forth by God.

8.    Amy L . Griffiths fka Amy L. Shenk has repeated accepted that she is divorced and has legally signed her name as such on several legal documents within the Jurisdiction of Pennsylvania. In fact, Amy L. Griffiths has signed other legal documents pertaining to transactions with banking funds. (Herein attached as (Exhibit "C")

2

## BASIS FOR REMOVAL

I.    1. <u>Removal is Proper because this Court Has Subject Matter Jurisdiction Pursuant to hear matters of Religious Rights Violations, within the Acts of 1964 and other Protected Religious Activities pertaining to the Bible set forth by God our creator.</u>

II.   2. There are Constitutional Issues, as well as Deprivation of Rights Issues pertaining to the Rule of Law, In The interest of Justice, freedom of religion.

III.  3. The Record is Tainted and Missed Handle Outside the Rules of Civil Procedure in violation of freedom of Religion and Practices. (Herein attached as Exhibit "D") Biblical Principles and Directions for adultery committed by fka AMY L. SHENK/Amy L. Shenk, nka Amy L. Griffiths/AMY L. GRIFFITHS.

IV.   4. The amount in controversy meets the jurisdictional requirements. (Twenty-Five Million US Dollars)

V.    5. No previous application has been made for the removal requested herein.

VI.   6. Violations of law(s) are being committed by AMY L. GRIFFTHS/Amy L. Griffiths, fka AMY L. SHENK/Amy L. Shenk, Andrew D. Taylor, Sarah B. Black, Nicole Forzato, Shemtob, Draganosky, Taylor Stein (acting & in private capacities) Jane and John Does 1-58. (Herein attached as Exhibit "E") Direct communications to Judges picked by corrupt counsel to gain an

3

upper hand in the outcome of said matter(s). Deprecation of Religious Rights and Freedoms afforded to all "People".

## Preservation of Rights and Defenses

7.      All rights are reserved, including, but not limited to, defenses and objections as to venue and jurisdiction and the right to move for dismissal of the Complaints. The filing of this Notice of Removal is subject to, and without waiver of any "Religious Freedoms/Rights to practice these freedoms" Afforded to the "People" within the Freedom of Religion Act of 1964 including the Protections-United States Constitution and Pennsylvania Constitution.

8. I, by Special Appearance," CRAIG A. SHENK, Victim(s)/"People"" also reserves all "rights" afforded to the "People" and the right to amend or supplement this Notice of Removal.

WHEREFORE, "VICTIM(s)" respectfully gives notice that the above-captioned civil action(s) pending in the Court of Common Pleas, Pennsylvania, Chester County is removed to this Court, pursuant to Freedom of Religion/Practices thereof Act of 1964, and the protections set forth by and for "People" thereof Pennsylvania Constitution and United States Constitution, so help me God!

"Without Prejudice;

NOTARY SEAL

*Alysha Sue Miller*

Commonwealth of Pennsylvania - Notary Seal
Alysha Sue Miller, Notary Public
Lancaster County
My commission expires March 27, 2028
Commission number 1440501

CRAIG A. SHENK, Victim/People
P.O. Box 236
Saint Peters, PA 19470

4

PSALMS 23:4

Exhibit A

# Matthew 5:31-35

"It has been said, 'Anyone who divorces his wife must give her a certificate of divorce. ' But I tell you that anyone who divorces his wife, except for sexual immorality, makes her the victim of adultery, and anyone who marries a divorced woman commits adultery.

Exhibit B

## LETTER OF DIVORCE BY CRAIG A. SHENK

5/15/2023

AMY L. SHENK
602 Mount Pleasant Road
Pottstown, PA 19465

Attorney JACQUELINE G. SEGAL
747 Constitution Drive, Suite 100
Exton, PA 19341-0673

## NOTICE

TAKE NOTICE, Amy L. Shenk, as per my religious beliefs and your broken vows in the eyes of God; I, Craig A. Shenk hereby DECREE and SWEAR the following:

As honorable husband of Amy L. Shenk, I, Craig A Shenk hereby DIVORCE Amy L. Shenk due to the following indignities: extra marital affairs, abandonment of our homestead, violation of marriage vows, cohabitation for sexual relations with _Edward Randell Brown_. Amy L. Shenk has taken all her belongings from the homestead and is hereby entitled to nothing more due to her indignities.

Bound in the eyes of God and the church. It is finished, so be it. In God we Trust !

Without Prejudice;

CRAIG A. SHENK

NOTARY SEAL

I hereby certify that on the __15th__ day of MAY 2023, before me, the subscriber, a notary Public of the State of Pennsylvania, in and for the County of CHESTER, for which notary is appointed, Personally appeared with Decree and NOTICE.
By:

Commonwealth of Pennsylvania - Notary Seal
Chairon Michael Williams, Notary Public
Chester County
My commission expires September 14, 2026
Commission number 1425594
Member, Pennsylvania Association of Notaries

Entered into the record(s) and delivered by hand, First Class Mail/Certified Mail RRR.

V

IN THE COURT OF COMMON PLEAS

CHESTER COUNTY, PENNSYLVANIA

CIVIL ACTION

NO: N/A

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF CHESTER

I, **Kenneth Hopton**, of Commonwealth Process Services, LLC, do swear or affirm and depose saying that on S-15-23 at 3:55 Pm I did serve a true and correct copy of a Complaint/Summons/Subpoena/Other Letter of Divorce Try CRAIG A. SHENK vs NOTICE upon MS Amy L Shenk at 240 Mt Pleasant Road, Pottstown Pa 19465 by personally handing said copy to him/her.

Chester County
Commission expires April 28, 2025
Commission number 1384882
Member, Pennsylvania Association of Notaries

Kenneth Hopton
Commonwealth Process Services LLC

Sworn and subscribed before me
this 16 day of May
20 23

X _C.A. Shenk_
Amy Shenk

 **MediaNews Group**

PHILADELPHIA GROUP

# AFFIDAVIT OF PUBLICATION
### 390 Eagleview Boulevard • Exton, PA 19341

**Craig Shenk**
**P.O.Box 236**
**SAINT PETERS, PA  19470**
**Attention:**

---

**STATE OF PENNSYLVANIA,**

The undersigned _____*Richard L. Crowe*_____, being duly sworn the he/she is the principal clerk of The Mercury, The Mercury Digital, published in Montgomery, Chester Counties for the dissemination of local or transmitted news and intelligence of a general character, which are duly qualified newspapers, and the annexed hereto is a copy of certain order, notice, publication or advertisement of:

Notice is hereby given regarding the divorce of Craig Allen Shenk and Amy Louise Shenk/AKA Amy Louise Griffiths, located at 240 Mt. Pleasant rd. Pottstown Pa. Divorce date finalized May 18 2023, with no objections. Being bound and sworn under the commonwealth and United States Constitution. MERC April 4 a-1

**Craig Shenk**

**Published in the following edition(s):**

The Mercury, The Mercury Digital
04/04/24

Sworn to the subscribed before me this ___4/4/24___.

_____
**Notary Public, State of Pennsylvania**
**Acting in County of Montgomery**

Commonwealth of Pennsylvania - Notary Seal
MAUREEN SCHMID, Notary Public
Montgomery County
My Commission Expires March 31, 2025
Commission Number 1248132

**Advertisement Information**

**Client Id:**  1440535       **Ad Id:**  2588034       **PO:**       **Sales Person:**  018304

# ADPRO

The Chester County Press
P.O. Box 150 • Kelton, PA 19346
State of Pennsylvania
ss: County of Chester

Amy J. Lieberman being duly affirmed
according to law, declares and says that
he/she is one of the managers of the
Chester County Press in said County and
State; that the printed notice, a copy of
which is securely attached hereto, was
published in said paper on the following
date/dates
April 3, 2024
that your affiant is not interested in the
subject matter of the notice so published
and that all of the allegations of this
statement as to time, place and character of
publication are true

Signing as agent for AdPro Inc. and Chester
County Press

Affirmed and subscribed before me this

3rd of April 2024

**NOTICE OF DIVORCE**

Notice is hereby given regarding the divorce of Craig Allen Shenk and Amy Louise Shenk / AKA Amy Louise Griffiths located at 240 Mt Pleasant rd. Pottstown Pa. Divorce date finalized May 18 2023. With no objections. Being bound and sworn under the commonwealth and United States Constitution.

Commonwealth of Pennsylvania - Notary Seal
Brenda S Butt, Notary Public
Chester County
My commission expires February 21, 2028
Commission number 1366124

Exhibit C

V

IN THE COURT OF COMMON PLEAS

CHESTER   COUNTY, PENNSYLVANIA

CIVIL ACTION –

NO.: 2021-08809-DE

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA       :

COUNTY OF CHESTER          :    ss

  : 

I, **Kenneth Hopton**, of Commonwealth Process Services, LLC. do swear or affirm and depose saying that on __7·6·23__ at __8:55 am__, I did serve a true and correct copy of a Complaint/Summons/Subpoena, Other: __MOTION FOR SPECIAL HEARING TO DETERMINE JURISDICTION / VICTIM'S PETITION FOR SPECIAL RELIEF FOR TRIAL BY JURY / CERT. OF SERVICE / ORDER.__ upon __MS. AMY L. SHENK__ at __240 MT. PLEASANT ROAD, POTTSTOWN, PA. 19465__ by personally handing said copy to him/her.

Commonwealth of Pennsylvania - Notary Seal
Kelli Miller, Notary Public
Chester County
My commission expires May 26, 2026
Commission number 1394801
Member, Pennsylvania Association of Notaries

_____
Kenneth Hopton
Commonwealth Process Services LLC.

Sworn and subscribed before me this 6th day of July 2023

_____

_____

V

IN THE COURT OF COMMON PLEAS

CHESTER COUNTY, PENNSYLVANIA

CIVIL ACTION –

NO.: 2022·04286·CU
2022·00893·PF

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF CHESTER     :     ss

I, **Kenneth Hopton**, of Commonwealth Process Services, LLC. do swear or affirm and depose saying that on __7·1-23__ at __9:00 AM__, I did serve a true and correct copy of a Complaint/Summons/Subpoena, Other: __SUBPOENA TO ATTEND__

upon __NEAH A. SHENK / AMY SHENK FOR:__

at __240 MT. PLEASANT RD, POTTSTOWN, PA. 19465__

by personally handing said copy to him/her.

Commonwealth of Pennsylvania - Notary Seal
Jacqueline A. Smith, Notary Public
Chester County
My commission expires April 24, 2026
Commission number 1331121
Member, Pennsylvania Association of Notaries

_____
Kenneth Hopton
Commonwealth Process Services LLC.

Sworn and subscribed before me
this __1__ day of __July__
20 23

V

IN THE COURT OF COMMON PLEAS

CHESTER COUNTY, PENNSYLVANIA

CIVIL ACTION –

NO.: 2022·04286·CU
2022·00893·PF

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA : :
COUNTY OF CHESTER : ss :

I, **Kenneth Hopton**, of Commonwealth Process Services, LLC. do swear or affirm and depose saying that on 7·1·23 at 9:00 AM, I did serve a true and correct copy of a Complaint/Summons/Subpoena, Other: SUBPOENA TO ATTEND

upon EDWARD R BROWN / AMY SHENK FOR:
at 240 MT. PLEASANT RD, POTTSTOWN PA. 19465

by personally handing said copy to him/her.

Commonwealth of Pennsylvania - Notary Seal
Jacqueline A. Smith, Notary Public
Chester County
My commission expires April 24, 2026
Commission number 1331121
Member, Pennsylvania Association of Notaries

Kenneth Hopton
Commonwealth Process Services LLC.

Sworn and subscribed before me
this 1 day of July
20 23

V

IN THE COURT OF COMMON PLEAS

*CHESTER* COUNTY, PENNSYLVANIA

CIVIL ACTION –

NO.: 2022-04286 - CU
2022- 00893- PF

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF CHESTER                          :                ss

I, **Kenneth Hopton**, of Commonwealth Process Services, LLC. do swear or affirm and depose saying that on _7-1-23_ at _9:00 Am_, I did serve a true and correct copy of a Complaint/Summons/Subpoena, Other: _SUBPOENA TO PRODUCE_

_DOCUMENTS OR THINGS FOR DISCOVERY_

upon _AMY L. SHENK_

at _240 MT. PLEASANT RD, POTTSTOWN, PA. 19465_

by personally handing said copy to him/her.

Commonwealth of Pennsylvania - Notary Seal
Jacqueline A. Smith, Notary Public
Chester County
My commission expires April 24, 2026
Commission number 1331121
Member, Pennsylvania Association of Notaries

_Kenneth Hopton_
Commonwealth Process Services LLC.

Sworn and subscribed before me
this _1_ day of _July_
20 _23_

Exhibit D

IN THE COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AMY L. SHENK,<br>Plaintiff | DOCKET #2021-08809-DI |
| v. | ATTORNEY ID #91193 |
| CRAIG A. SHENK,<br>Defendant | IN DIVORCE |

### PLAINTIFF'S EMERGENCY PETITION FOR EXCLUSIVE POSSESSION

Plaintiff, Amy L. Shenk, by and through her attorneys, Andrew D. Taylor, Esquire, and Shemtob Draganosky Taylor Stein, PC, hereby files the within Emergency Petition for Exclusive Possession and in support thereof avers the following:

*Wife files this emergency petition for exclusive possession because Husband, who is residing in the marital residence, has allowed the homeowner's insurance policy to lapse and is intending to hold a large event at the property in June, which will expose the parties to significant liability in the event someone is injured during the event.*

### Background

1.      Petitioner is Amy L. Shenk Plaintiff in the above-captioned matter and hereinafter referred to as "Wife."

2.      Respondent is Craig A. Shenk, Defendant in the above-captioned matter and hereinafter referred to as "Husband."

3.      The parties are married, separated, and engaged in divorce litigation at the above docket.

4.      The parties jointly own real estate located at 533 Mount Pleasant Road, Pottstown, Pennsylvania (the "marital residence").



Exhibit D

5.      The martial residence consists of a residence and outer buildings situated on approximately 23 acres of land.

6.      The martial residence was appraised at $1,000,000 in August 2023. A true and correct copy of the appraisal is attached as **Exhibit A.**

7.      The martial residence is the largest asset in the parties' marital estate.

8.      Since the parties' separation in 2021, Husband has resided in the marital residence.

9.      There is currently a PFA order against Husabnd naming Wife as a protected party.

10.     Husband has gone to great lengths to delay the finalization of the parties' divorce and the equitable distribution of their marital property.

**<u>Request for Exclusive Possession</u>**

11.     Wife recently learned that Husband has not paid the homeowners insurance premium and, therefore, the parties' homeowner's insurance policy lapsed effective April 11, 2024, leaving the $1,000,000 marital residence uninsured. Notice of the insurance cancellation is attached as **Exhibit B.**

12.     For the past four years, Husabnd has hosted a "field day" on the grounds of the marital residence in June. The field day this year will occur on June 29, 2024. In the past, approximately 100 people have attended the field day. Pictures of past field days are attached hereto as **Exhibit C.**

13.     Specifically, Husabnd partners with a business owner, John Stoltzfus to put on this field day. Mr. Stoltzfus has been promoting the field day event on his businesses' websites (although there is no address identified on the website). True and correct copies of Mr. Stoltzfus' business websites are attached hereto as **Exhibit D.** Wife has attempted to contact Mr. Stoltzfus

to indicate her objection to this field day occurring on the property of the marital residence, but she has not received a return phone call.

14.     Due to the lapse of the parties' homeowners insurance policy, Wife is concerned that if an individual is injured during this event, or if damage occurs to the property, the parties may be personally liable for any resulting damages and that the value of the marital residence will be diminished

15.     In addition, Husband employs two men to perform yardwork at the marital residence and allows another individual to store a $100,000 camper on the property.  Wife also believes Husband permits hunters to use the property to hunt.  Again, if any of these individuals are injured, the parties will be personally liable if there is no homeowner's insurance policy in place.

16.     Even without these other individuals on the property, it is reckless for Husband to permit the property to become uninsured.  The marital residence is a log cabin style home and has a higher risk of significant damage in the event of a fire.

17.     In addition to the above, Wife has learned that Husband has not paid the property taxes on the marital residence.  Currently, the property taxes are subject to a 10% penalty. If Husband fails to pay the taxes by December 31, 2024, a lien will placed on the marital residence and further fines will be assessed.

18.     If Wife is granted exclusive possession of the marital residence, she will pay the homeowner's insurance, real estate taxes and other expenses related to the residence.

19.     For the above reasons, Wife is requesting that she have sole and exclusive possession of the marital residence to the exclusion of Husband.

20.     This Court has the authority to grant exclusive possession pursuant to 23 Pa. C.S.A.

§3502(c) which states as follows: "The court may award, during the pendency of the action or

otherwise, to one or both of the parties the right to reside in the marital residence."

21.     Furthermore, pursuant to 23 Pa. C.S.A. §3323(f):

> In all matrimonial causes, the court shall have full equity power
> and jurisdiction and may issue injunctions or other orders which
> are necessary to protect the interests of the parties or to effectuate
> the purposes of this part and may grant such other relief or
> remedy as equity and justice require against either party or
> against any third person over whom the court has jurisdiction and
> who is involved in or concerned with the disposition of the cause.

WHEREFORE, Wife respectfully requests this Honorable Court enter the an Order

granting her sole and exclusive possession of the property located at 533 Mount Pleasant Road,

Pottstown, Pennsylvania.

Respectfully submitted,

Andrew D. Taylor, Esquire
Attorney ID #91193
Shemtob Draganosky Taylor Stein, PC
790 Penllyn Blue Bell Pike, Suite 303
Blue Bell, PA 19422
Direct Line:  215.542.2108

## VERIFICATION

I hereby verify that the statements made in the within pleading are true and correct to the best of my knowledge, information and belief  I understand that this verification is made subject to the penalties of 18 Pa. C.S.A  §4904 relating to unsworn falsification to authorities

_____
AMY SHENK

IN THE COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AMY L. SHENK,<br>　　　　Plaintiff | DOCKET #2021-08809-DI |
| 　　　v. | ATTORNEY ID #91193 |
| CRAIG A. SHENK,<br>　　　　Defendant | IN DIVORCE |

## NOTICE OF DEPOSITION

TO:　Ephrata National Bank
　　　ATTN: Legal Department
　　　31 E. Main Street
　　　Ephrata, PA 17522

Please take notice that the above-named Plaintiff, Amy L. Shenk, will take the deposition of the Custodian of Records, Ephrata National Bank, on **Thursday, June 20, 2024 at 9:00 a.m.** at the Chester County Justice Center, 201 W. Market Street, Room 4110, West Chester, Pennsylvania 19380. **The deponent is being requested to provide copies of the documents on the attached list,** which are to be left with counsel at the deposition.

Respectfully submitted,

Date: **5/31/24**

Andrew D. Taylor, Esquire
Attorney ID #91193
Shemtob Draganosky Taylor Stein, PC
790 Penllyn Blue Bell Pike, Suite 303
Blue Bell, PA 19422
Direct Line: 215.542.2108

Exhibit D

<u>Rider to Notice of Deposition for Ephrata National Bank:</u>

1.   Monthly or other periodic statements for any checking, savings, money market, retirement, investment, or any other account, including canceled checks and deposit slips, held by **Craig Shenk** (SSN 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 and date of birth October 7, 1961), individually or jointly with another individual or entity from November 1, 2021 through the present.

2

*Exhibit D*

IN THE COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AMY L. SHENK,<br>Plaintiff<br><br>v.<br><br>CRAIG A. SHENK,<br>Defendant | DOCKET #2021-08809-DI<br><br>ATTORNEY ID #91193<br><br>IN DIVORCE |

### BRIEF IN SUPPORT OF MOTION TO QUASH SUBPOENAS TO ATTEND AND TESTIFY AND SUBPOENA TO PRODUCE DOCUMENTS OR THINGS FOR DISCOVERY

## I.    FACTS

Plaintiff Amy L. Shenk ("Wife") and Defendant Craig A. Shenk ("Husband") are husband and wife and engaged in divorce litigation. The parties are the parents of one minor child and are currently subject to a custody order. The parties are scheduled for a three-day hearing from March 4, 2024 to March 6, 2024, on all outstanding petitions and motions filed by the parties, including the following:

- Husband's Petition for Jury Trial filed 5/25/23 (custody docket);
- Wife's Counterclaim to Husband's Petition for Jury Trial filed 6/21/23 (custody docket);
- Cheryl McCallin's Motion to Quash Subpoena filed 7/12/23 (custody docket);
- Kelly Jurs' Motion to Quash Subpoena filed 7/12/23 (custody docket);
- Wife's Motion to Quash Subpoenas filed 7/21/23 (custody docket);
- Husband's Motion for Hearing due to Fraud and Witness Tampering filed 8/24/23 (custody docket);
- Husband's Motion for Special Hearing to Determine Jurisdiction filed 7/18/23 (divorce docket);
- Husband's Petition for Special Relief – Jury Trial filed 7/18/23 (divorce docket);
- Wife's Motion for Sanctions filed 7/21/23 (divorce docket);
- Wife's Counterclaim to Husband's Petition for Special Relief filed 8/4/23 (divorce docket);
- Husband's Petition for Special Relief to Permit Appraisal and Set Aside Void Order filed 8/18/23 (divorce docket);
- Wife's Petition for Contempt filed 8/24/23 (divorce docket);
- Husband's Motion for Hearing due to Fraud and Witness Tampering filed 8/24/23 (divorce docket);

Exhibit D

- Wife's Counterclaim to Husband's Petition for Special Relief filed 9/1/23 (divorce docket);
- Husband's Answer and Petition for Special Relief filed 9/11/23 (divorce docket);
- Husband's Petition for Special Relief filed 11/21/23;
- Husband's Petition for Jury Trial filed 7/20/23 (PFA docket);
- Husband's Motion to Vacate Void PFA Order filed 7/31/23 (PFA docket);
- Wife's Counterclaim to Husband's Petition for Jury Trial filed 8/4/23 (PFA docket); and
- Husband's Motion for Hearing due to Fraud and Witness Tampering filed 8/24/23 (PFA docket).

On September 20, 2023, Husband issued Subpoenas to Attend and Testify to Wife's counsel, Andrew D. Taylor, Esquire and Jordan M. Gregro, Esquire requesting "Any and all written and electronic messages to and from Judges chambers (clerk, secretary or other court officials) pertaining to said matters. Also Provide and Identify Phone Calls, Dates and times pertaining to Same. Also provide a copy of your signed oath. All records From Date hired to date of Hearings."

Wife is filing a Motion to Quash these subpoenas and files this Brief in support of her Motion.

## II.   ISSUE

Whether the Subpoenas to Attend and Testify should be quashed.

Suggested Answer:  In the affirmative

## III.   LEGAL ARGUMENT

It is well-settled that courts have broad authority to limit discovery and testimony to prevent what would otherwise amount to a "fishing expedition." *See In re Townsend's Estate*, 244 A.2d 534 (Pa. 1968) (affirming trial court's decision to permit only six of 27 requested depositions).

Initially, regarding the subpoenas issued to Wife's attorneys, the information sought is protected by the attorney-client privilege and is therefore not discoverable. *See Gillard v. AIG*


Exhibit D

Exhibit E

**TIMONEY KNOX, LLP**
By: Eric B. Smith, Esquire
Attorney I.D. No. 81023
400 Maryland Drive, P.O. Box 7544
Fort Washington, PA 19034
215-646-6000
esmith@timoneyknox.com

*Attorneys for Defendant*
*Andrew D. Taylor*

IN THE COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA

Craig A. Shenk

              *Plaintiff*

   v.

Andrew D. Taylor

              *Defendant*

      :
      :    No. 2024-01205-MJ
      :
      :
      :
      :
      :

## PRAECIPE FOR DETERMINATION

TO THE PROTHONOTARY:

Kindly submit the following to Judge Nicole Forzato *for* determination:

Defendant's Preliminary Objections to Plaintiff's Complaint
filed with this Honorable Court on February 29, 2024.

**TIMONEY KNOX, LLP**

By: *Eric B. Smith*

Eric B. Smith, Esquire
*Attorney for Defendant Andrew D. Taylor*

Date: <u>March 11, 2024</u>

*Exhibit E*

4888-7325-3804, v. 1

KANE, PUGH, KNOELL, TROY & KRAMER, LLP
BY:  PAUL C. TROY, ESQUIRE
     THOMAS J. ZIMMERMAN, ESQUIRE
ATTORNEY I.D. NOS. 60875 / 316288
4 SENTRY PARKWAY EAST, SUITE 100
BLUE BELL, PA 19422
(610) 275-2000



Attorneys for Defe
Kelly Ann Jurs, Es

---

CRAIG A. SHENK,                         :       COURT OF COMMON PLEAS
                                        :       CHESTER COUNTY
            Plaintiff,                   :
                                        :
        v.                              :
                                        :       No. 2024-01311-MJ
KELLY ANN JURS, ESQUIRE                  :
                                        :
            Defendant.                   :

---

## PRAECIPE FOR DETERMINATION

**TO THE PROTHONOTARY:**

Kindy submit the following to Judge Sarah B. Black for determination:

- Plaintiff's Motion for Judgment on the Pleadings, filed with the Court on March 20, 2024, and Defendant's response in opposition thereto, filed with the Court on March 25, 2024.

Respectfully Submitted,

**KANE, PUGH, KNOELL,
TROY & KRAMER, LLP**

Dated: March 25, 2024        BY:        /s/ Paul C. Troy
                                        PAUL C. TROY, ESQUIRE
                                        THOMAS J. ZIMMERMAN, ESQUIRE
                                        Attorneys for Defendants

*Exhibit E*

4872-9283-6529, v. 1                                    *2024-01311-MJ*

# CERTIFICATE
## OF
# SERVICE

I Craig A. Shenk   Victim/People
By Special Appearance; hereby certify
the Following Notice has been served
on:

Andrew D. Taylor
790 Penllyn Blue
Bell Pike Suite 303
Blue Bell, Pa 19422

Timothy Knowles
920 Lenmar Drive
Blue Bell Pa 19422

Debbie Bookman
Prothonotary
201 w market St
West Chester Pa 19380

Robin Kelly
Domestic Relations
201 w market St
Suite 3400
West Chester Pa 19380

Sarah B Black
Nicole Forzato

June 5 2024

Office of Prothonotary

Dear Debbie Bookman;

Please forward the following to "NOTICE"

domestic relations, Presiding Judge,

Sohar B. Black and Nichole Forzato

without Prejudice;

Craig. A. Shenk

Box 236
St Peters Pa
19470

June 5 2024